## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LIGHTHOUSE RESOURCES INC.,[1] | ) | Case No. 20-13056 (JTD) |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 515** |
| | ) | |

**SUPPLEMENT TO FOURTH MONTHLY AND FINAL APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE (I) MONTHLY PERIOD MARCH 1, 2021 THROUGH APRIL 7, 2021 AND THE (II) FINAL PERIOD DECEMBER 3, 2020 THROUGH APRIL 7, 2021**

The law firm of Potter Anderson & Corroon LLP ("Potter Anderson"), as co-counsel to the reorganized debtor (the "Reorganized Debtor"), hereby submits this supplement (the "Fee Supplement") to the *Fourth Monthly and Final Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the (I) Monthly Period March 1, 2021 Through April 7, 2021 and the (II) Final Period December 30, 2020 and April 7, 2021* [Docket No. 515] (the "Final Fee Application"),[2] and respectfully represents as follows:

1.	In the Final Fee Application, Potter Anderson requested final approval of $567,906.00 in fees, inclusive of $10,000 in estimated post-effective date fees ("Post-Effective Fees"), and $4,962.86 in expenses incurred for the final period commencing December 3, 2020 Through April 7, 2021 (the "Final Fee Period").

---

[1]  The last four digits of the Reorganized Debtor's federal tax identification number are 4713, and the Reorganized Debtor's mailing address is 10980 South Jordan Gateway, South Jordan, Utah 84095.  The chapter 11 cases of certain affiliates of the Reorganized Debtor were closed effective as of April 16, 2021.  *See* Docket No. 508.

[2]  Capitalized terms used but not otherwise defined herein shall assume the meanings ascribed to such terms in the Final Fee Application.

2.      Attached hereto as <u>Exhibit A</u> is a detailed statement of the Post-Effective Fees incurred in connection with the preparation of the Final Fee Application from April 8, 2021 through April 30, 2021, in the amount of $11,681.50.

3.      Attached hereto as <u>Exhibit B</u> is a detailed statement of the Post-Effective Expenses incurred in connection with the preparation of the Final Fee Application from April 8, 2021 through April 30, 2021, in the amount of $7.19.

4.      Potter Anderson believes that the time entries and expenses attached hereto are in compliance with the requirements of Local Rule 2016-2.

WHEREFORE, Potter Anderson requests that the Court enter an order approving the following:

(i)      Final allowance in the sum of $569,587.50[3] as compensation for necessary professional services and $4,970.05 in expenses rendered to Potter Anderson for the Final Fee Period;

(ii)      Such other relief as this Court may deem just and proper.

*(Remainder of page intentionally left blank)*

---

[3]   Potter Anderson estimated $10,000.00 in post-effective fees.  The total amount of post-effective fees was $11,681.50. This amount includes the additional $1,681.50 for the incurred fees.

Dated: May 20, 2021
Wilmington, Delaware

| | |
|---|---|
| */s/ Aaron H. Stulman* | Mary Elisabeth Naumann (KY# 88328) |
| L. Katherine Good (No. 5101) | (admitted *pro hac vice*) |
| Aaron H. Stulman (No. 5807) | Chacey Malhouitre (KY# 91019) |
| **POTTER ANDERSON & CORROON LLP** | (admitted *pro hac vice*) |
| 1313 N. Market Street, 6th Floor | **JACKSON KELLY PLLC** |
| Wilmington, DE 19801-6108 | 100 West Main Street, Suite 700 |
| Telephone: 302.984.6000 | Lexington, KY 40507 |
| Facsimile: 302.658.1192 | Telephone: 859.255.9500 |
| Email:  kgood@potteranderson.com | Email: mnaumann@jacksonkelly.com |
|      astulman@potteranderson.com |      chacey.malhouitre@jacksonkelly.com |
| | |
| *Counsel to the Reorganized Debtor* | *Counsel to the Reorganized Debtor* |

3