**EXHIBIT A**



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

          May 17, 2021
          Bill Number   272832

Lighthouse Resources, Inc.          File Number   LIGRES-50589
Attn: Chacey Malhouitre
100 W. Main Street
Suite 700
Lexington, KY  40507


For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---:|
| Legal Services | $11,681.50 |
| Disbursements | $7.19 |
| Bill Total | $11,688.69 |
| | |
| Previous Balance | $240,773.51 |
| **Grand Total Due** | **$252,462.20** |


**For ease of payment, our wiring and ACH instructions appear below:**

| | |
|---|---|
| Bank: | Wells Fargo |
| Account Number: | 2000037858773 |
| Account Name: | Potter Anderson & Corroon LLP |
| Payee's Address: | 1313 North Market Street |
| | Wilmington, DE 19801 |
| Wiring Routing Number: | 121000248 |
| ACH Routing Number: | 031100869 |
| Swift Code: | WFBIUS6S |
| Reference: | LIGRES-50589 |



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

Lighthouse Resources, Inc.
Attn: Chacey Malhouitre
100 W. Main Street
Suite 700
Lexington, KY  40507

May 17, 2021
Bill Number    272832
File Number    LIGRES 50589

RE: Potential Bankruptcy Filing - Zurich

Through April 30, 2021

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| **Fee Applications/Objections** | | | | | |
| 04/08/21 | AHSA | Fee Applications/Objections Correspondence with C. Giobbe and co-counsel re: final fee applications (.1); review PAC form of same (.2); | 0.30 Hrs | 495/hr | $148.50 |
| 04/09/21 | ERS | Fee Applications/Objections Review emails from K. Good, C. Giobbe, and A. Stulman re: Fee Application status | 0.10 Hrs | 385/hr | $38.50 |
| 04/09/21 | AHSA | Fee Applications/Objections Correspondence with K. Good and C. Giobbe re: final fee applications; | 0.20 Hrs | 495/hr | $99.00 |
| 04/09/21 | CSG | Fee Applications/Objections Email (x6) to/from K. Good and A. Stulman re: final fee application deadlines | 0.20 Hrs | 305/hr | $61.00 |
| 04/09/21 | LKG | Fee Applications/Objections email x4 to C. Giobbe re: final fee applications | 0.10 Hrs | 715/hr | $71.50 |
| 04/12/21 | AHSA | Fee Applications/Objections Correspondence with C. Giobbe and K. Good re: final fee app (.1); correspondence with co-counsel re: same (.1); | 0.20 Hrs | 495/hr | $99.00 |
| 04/12/21 | CSG | Fee Applications/Objections Review bill memo related to last monthly for confidentiality and compliance with | 0.90 Hrs | 305/hr | $274.50 |

Lighthouse Resources, Inc.
Re Potential Bankruptcy Filing - Zurich

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | local rules (.7); Email to/from (x3) with A. Stulman and K. Good re: same (.2) | | | |
| 04/12/21 | LKG | Fee Applications/Objections<br>email x5 to C. Malhouitre, A. stulman, M. Naumann re: final fee applications (.3 | 0.30 Hrs | 715/hr | $214.50 |
| 04/13/21 | AHSA | Fee Applications/Objections<br>Correspondence with K. Good re: JLL final fee application (.1); review legal research re: same (.2); correspondence with K. Good and co-counsel re: same (.1); | 0.40 Hrs | 495/hr | $198.00 |
| 04/13/21 | LKG | Fee Applications/Objections<br>email to M. Naumann re: JLL final fee application | 0.10 Hrs | 715/hr | $71.50 |
| 04/14/21 | AHSA | Fee Applications/Objections<br>Correspondence with co-counsel and JLL re: final fee applications (.1); correspondence with co-counsel and K. Good re: same (.1); correspondence with BDO re: monthly staffing plan (.1); | 0.30 Hrs | 495/hr | $148.50 |
| 04/14/21 | LKG | Fee Applications/Objections<br>email to C. Giobbe re: PAC final fee app | 0.10 Hrs | 715/hr | $71.50 |
| 04/15/21 | AHSA | Fee Applications/Objections<br>Correspondence with co-counsel and JLL re: JLL final fee application (.1); review/comment on same (.4); correspondence and call with BDO re: monthly staffing report (.2); correspondence with co-counsel re: final fee applications (.1); call with co-counsel re: ordinary course professional fees/statement (.2); correspondence with C. Giobbe and E. Schlecker re: PAC final fee application (.1); review same (.3); | 1.40 Hrs | 495/hr | $693.00 |
| 04/15/21 | ERS | Fee Applications/Objections<br>Finalize JLL's First and Final MFA for filing (.3); emails with A. Stulman and C. Giobbe re: same X5 (.1) | 0.40 Hrs | 385/hr | $154.00 |
| 04/15/21 | CSG | Fee Applications/Objections<br>Prepare PAC fourth and final fee application (2.5); Prepare notice re: BDO monthly staffing report (.2); Email to A. Stulman re: review of same (.1); Efile same (.1); Prepare notice re: PAC final fee application (.2); Prepare notice re: JLL final fee application (.2); Revise JLL final fee application (.4); Email to E. Schlecker re: review of same (.1); Efile same (.1); Coordinate service of same (.1); Email to JK team re: third monthly fee applications (.1) | 4.10 Hrs | 305/hr | $1,250.50 |

Lighthouse Resources, Inc.
Re Potential Bankruptcy Filing - Zurich

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| 04/15/21 | LKG | Fee Applications/Objections email to A. Stulman re: final fee application | 0.10 Hrs | 715/hr | $71.50 |
| 04/15/21 | LKG | Fee Applications/Objections review draft JLL final fee application | 0.30 Hrs | 715/hr | $214.50 |
| 04/16/21 | AHSA | Fee Applications/Objections Correspondence with co-counsel re: OCP declaration (.1); correspondence with C. Giobbe re: same (.1); correspondence with C. Giobbe and E. Schlecker re: final fee applications (.1); call with C. Giobbe re: same (.1); correspondence with co-counsel re: stretto final fee application (.1); review/comment on same (.2); correspondence with E. Schlecker re: PAC final fee application (.1); review/revise same (.4); review/revise OCP list and OCP fee statement for filing (.2); correspondence with C. Giobbe and co-counsel re: same (.1); correspondence with C. Giobbe re: stretto final fee app (.1); call with E. Schlecker re: PAC final fee application (.2); call with K. Good re: same (.2); calls with co-counsel re: JK final fee application (.3); review/revise same (.4); correspondence with K. Good re: service issue (.1); correspondence with C. Giobbe and E. Schlecker re: finalizing final fee apps (.1); | 2.90 Hrs | 495/hr | $1,435.50 |
| 04/16/21 | ERS | Fee Applications/Objections Revise and finalize PACs 4th MFA and Final Fee App for filing (3.8); call with A. Stulman re: same (.2); Finalize COCs re: PAC 3rd MFA (.3); Finalize JK's 3rd MFA (.3); emails with A. Stulman, C. Giobbe and K. Good re: same X10 (.3); finalize Stretto's Final Fee Application (1.6); finalize JK's 4th MFA and Final Fee Application (1.5) | 8.00 Hrs | 385/hr | $3,080.00 |
| 04/16/21 | LKG | Fee Applications/Objections review draft of Stetto final fee application (.2); review/revise PAC final fee application (.5); call with A. Stulman re: same (.4); email to A. Stulman re: same (.1); email to E. Schlecker re: plan provisions re: service of final fee apps (.1); review Jackson Kelly draft final fee app (.4) | 1.70 Hrs | 715/hr | $1,215.50 |
| 04/16/21 | CSG | Fee Applications/Objections Prepare notice re: PAC, Stretto and JK final fee application (.5); Revise PAC's | 3.60 Hrs | 305/hr | $1,098.00 |

Lighthouse Resources, Inc.
Re Potential Bankruptcy Filing - Zurich

| Date | Atty | Description | Time | Rate | Value |
|---|---|---|---|---|---|
| | | final fee application (.5); Revise Stretto's final fee application (.4); Prepare JK notice (.2); Revise JK final fee application (.2); Prepare CNO re: PAC and JK third monthly fee application (.3); Email to A. Stulman re: review of same (.1); Efile same (.1); Prepare PAC final fee application, notice, exhibits for filing (.2); Email to E. Schlecker re: same (.1); Efile same (.1); Prepare JK final fee application, notice and exhibits for filing (.2); Email to E. Schlecker re: review of same (.1); Prepare Stretto final fee application for filing (.3); Email to E. Schlecker re: review of same (.1); Efile same (.1); Coordinate service of same (.1) | | | |
| 04/19/21 | CSG | Fee Applications/Objections<br>Prepare COC and omnibus order re: final fee applications | 2.00 Hrs | 305/hr | $610.00 |
| 04/21/21 | LKG | Fee Applications/Objections<br>email x2 to L. Richenderfer, R. Sheil re: BDO March fee invoice detail | 0.10 Hrs | 715/hr | $71.50 |
| 04/21/21 | AHSA | Fee Applications/Objections<br>Correspondence with UST and K. Good re: BDO expenses; correspondence with K. Good and BDO re: same; | 0.10 Hrs | 495/hr | $49.50 |
| 04/22/21 | AHSA | Fee Applications/Objections<br>Correspondence with K. Good and BDO re: expenses; | 0.10 Hrs | 495/hr | $49.50 |
| 04/22/21 | LKG | Fee Applications/Objections<br>email to R. Novak re: UST inquiry on BDO fees | 0.10 Hrs | 715/hr | $71.50 |
| 04/28/21 | AHSA | Fee Applications/Objections<br>Correspondence with UST and K. Good re: BDO fee app; | 0.10 Hrs | 495/hr | $49.50 |
| 04/28/21 | LKG | Fee Applications/Objections<br>email x2 to L. Richenderfer re: BDO March fee statement | 0.10 Hrs | 715/hr | $71.50 |
| | | **Total FA Fee Applications/Objections** | **28.30** | | **$11,681.50** |
| | | **Total** | | | **$11,681.50** |

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| L. Katherine Good | 3.00 Hrs | 715.00/hr | $2,145.00 |
| Elizabeth R. Schlecker | 8.50 Hrs | 385.00/hr | $3,272.50 |
| Aaron H. Stulman | 6.00 Hrs | 495.00/hr | $2,970.00 |
| Cynthia S. Giobbe | 10.80 Hrs | 305.00/hr | $3,294.00 |