**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGHTHOUSE RESOURCES INC.,[1]<br><br>         Debtor. | Chapter 11<br><br>Case No. 20-13056 (CTG) |
| LIGHTHOUSE RESOURCES INC.,<br><br>         Plaintiff,<br>      v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>         Defendant. | Adv. Proc. No. 24-50144 (CTG) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**ORAL ARGUMENT ON APRIL 28, 2026 AT 1:00 P.M. (ET)**

> **This proceeding will be conducted in-person in Courtroom No. 5 on the 5th Floor. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD IN ADV. PROC. NO. 24-50144**:

1.    Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 134 – filed February 4, 2026]

        Response/Objection Deadline:                February 18, 2026

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Lighthouse Resources Inc. (4713), The location of the Debtor's service address in this chapter 11 case is 10980 South Jordan Gateway, South Jordan, Utah 84095.

[2] Amended items appear in bold.

Responses/Objections Received:

A. Opening Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgment as to Liability [Adv. Docket. No. 148 – filed February 18, 2026]

B. Atlantic Specialty Insurance Company's Response Brief in Opposition to Lighthouse Resource Inc.'s Motion for Summary Judgment as to Liability [Adv. Docket No. 175 – filed April 20, 2026]

C. Declaration of John E. Sebastian in Support of Atlantic's Response in Opposition to Lighthouse Resource Inc.'s Motion for Summary Judgment as to Liability [Adv. Docket No. 176 – filed April 20, 2026]

Related Documents:

D. Plaintiff's Opening Brief in Support of Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 135 – Filed February 4, 2026]

E. Declaration of Jesse L. Noa in Support of Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 136 – filed February 4, 2026]

F. Plaintiff's Reply in Support of its Motion for Summary Judgment and Response to the Opening Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgement as to Liability [Adv. Docket No. 155 – Filed February 25, 2026]

G. Declaration of Jesse L. Noa in Support of Plaintiff's Reply in Support of its Motion for Summary Judgment and Response to the Opening Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgement as to Liability [Adv. Docket No. 156 – filed February 25, 2026]

H. Plaintiff's Request for Oral Argument Regarding Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 157 – filed March 2, 2026]

I. Notice of Completion of Briefing Regarding Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 158 – filed March 3, 2026]

J. Order Scheduling Oral Argument [Adv. Docket No. 166 – filed March 5, 2026]

**K. Plaintiff's Reply in Support of Its Motion for Summary Judgment [Adv. Docket No. 180 – filed April 27, 2026]**

12897063v.1

**L.**     **Declaration of Jesse Noa in Further Support of Plaintiff's Motion for Summary Judgement as to Liability [Adv. Docket No. 181 – filed April 27, 2026]**

**M.**     **Declaration of Tay Tonozzi in Support of Plaintiff's Reply Brief in Further Support of Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 182 – filed April 27, 2026]**

Status: **This matter is going forward.**

2.     Opening Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion to Summary Judgment as to Liability [Adv. Docket No. 148 – filed February 18, 2026]

Response/Objection Deadline:                                   February 25, 2026

Responses/Objections Received:

A.     Plaintiff's Reply in Support of its Motion for Summary Judgment and Response to the Opening Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgement as to Liability [Adv. Docket No. 155 – Filed February 25, 2026]

B.     Declaration of Jesse L. Noa in Support of Plaintiff's Reply in Support of its Motion for Summary Judgment and Response to the Opening Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgement as to Liability [Adv. Docket No. 156 – filed February 25, 2026]

Related Documents:

C.     Plaintiff's Request for Oral Argument Regarding Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 157 – filed March 2, 2026]

D.     Notice of Completion of Briefing Regarding Plaintiff's Motion for Summary Judgment as to Liability [Adv. Docket No. 158 – filed March 3, 2026]

E.     Reply Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgment as to Liability and Objection to Lighthouse's Request for Oral Argument on its Motion for Summary Judgment [Adv. Docket No. 159 – filed March 4, 2026]

F.      Declaration of Brian C. Padove in Support of Atlantic's Reply Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgment as to Liability and Objection to Lighthouse's Request for Oral Argument on its Motion for Summary Judgment [Adv. Docket No. 160 – filed March 4, 2026]

G.      Declaration of John E. Sebastian in Support of Atlantic's Reply Brief in Support of Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgment as to Liability and Objection to Lighthouse's Request for Oral Argument on its Motion for Summary Judgment [Adv. Docket No. 161 – filed March 4, 2026]

H.      Request for Oral Argument Regarding Atlantic Specialty Insurance Company's Motion Pursuant to Rule 56(d) to Defer Consideration of Lighthouse's Motion for Summary Judgment as to Liability and Objection to Lighthouse's Request for Oral Argument on its Motion for Summary Judgment [Adv. Docket No. 162 – filed March 4, 2026]

I.      Notice of Completion of Briefing [Adv. Docket No. 163 – filed March 4, 2026]

J.      Order Scheduling Oral Argument [Adv. Docket No. 166 – filed March 5, 2026]

Status: This matter is going forward.

3.      Atlantic Specialty Insurance Company's Motion for Leave to Deposit Funds and Schedule Pretrial Settlement Conference [Adv. Docket No. 169 – filed April 3, 2026]

Response/Objection Deadline:               April 17, 2026

Responses/Objections Received:

A.      Plaintiff's Opposition to Defendants Motion for Shortened Notice and Expedited Consideration of Atlantic Specialty Insurance Company's Motion for Leave to Deposit Funds and Schedule Pretrial Settlement Conference [Adv. Docket No. 172 – filed April 6, 2026]

B.      Plaintiff's Opposition to Atlantic Specialty Insurance Company's Motion for Leave to Deposit Funds and Schedule Pretrial Settlement Conference [Adv. Docket No. 174 – filed April 6, 2026]

Related Documents:

C.      Motion for Shortened Notice and Expedited Consideration of Atlantic Specialty Insurance Company's Motion for Leave to Deposit Funds and Schedule Pretrial Settlement Conference [Adv. Docket No. 170 – filed April 3, 2026]

12897063v.1

D.     The motion to shorten notice is denied. The Court will consider the motion to deposit funds, on the merits [Adv. Docket No. 173 – entered April 6, 2026]

**E.**     **Atlantic Specialty Insurance Company's Reply Brief in Support of Its Motion for Leave to Deposit Funds and Schedule Pretrial Settlement Conference [Adv. Docket No. 179 – filed April 24, 2026]**

<u>Status</u>: This matter is going forward.

Dated: April 27, 2026            Respectfully submitted,
       Wilmington, Delaware

                                          */s/ James R. Risener III*

                                          L. Katherine Good (No. 5101)
                                          Jesse L. Noa (No. 5973)
                                          James R. Risener III (No. 7334)
                                          Hannah L. Paxton (No. 7096)
                                          **POTTER ANDERSON & CORROON LLP**
                                          1313 N. Market Street, 6th Floor
                                          Wilmington, DE  19801
                                          Telephone: (302) 984-6000
                                          Facsimile:  (302) 658-1192
                                          Email:   kgood@potteranderson.com
                                                    jnoa@potteranderson.com
                                                    jrisener@potteranderson.com
                                                    hpaxton@potteranderson.com

                                          *Counsel for Lighthouse Resources Inc.*

12897063v.1